123 A.3d 1050

IN THE MATTER OF JEFFREY R. GROW, AN ATTORNEY AT LAW (ATTORNEY NO. 013611975).

October 23, 2015.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–209 of **JEFFREY R. GROW** of **ROCKAWAY**, who was admitted to the bar of this State in 1975;

And the District XB Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.16(b) (improper withdrawal from the representation of the client), *RPC* 1.16(c) (failure to comply with applicable law requiring notice to or permission of a tribunal

when terminating the representation), *RPC* 1.16(d) (failure to protect his client's interests, upon termination of the representation), *RPC* 5.5(a)(1) (practicing law while ineligible), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 1.16(b),(c),(d), *RPC* 5.5(a)(1), and *RPC* 8.4(d), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that the stipulated facts support a finding that respondent violated *RPC* 1.16(b),(c),(d), *RPC* 5.5(a)(1), and *RPC* 8.4(d), and that a censure is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XB–2013–0006E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **JEFFREY R. GROW** of **ROCKAWAY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.